# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYBROOK CAPITAL MASTER FUND LP, AND BYBROOK CAPITAL HAZELTON MASTER FUND LP,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>　　　　　　Defendant. | No. 1:16-cv-01192-LAP<br><br>**ORDER** |

The Court, having considered Plaintiffs Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56, and all other arguments, evidence and materials submitted by the parties in connection therewith, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Summary Judgment is GRANTED in its entirety.

The Clerk is hereby ORDERED to enter Judgment as follows against the Republic of Argentina:

1. Awarding Bybrook Capital Master Fund LP $14,950,544.01 in damages, plus additional prejudgment interest accrued between August 14, 2024 and entry of judgment.

2. Awarding Bybrook Capital Hazelton Master Fund LP $15,000,629.90 in damages, plus additional prejudgment interest accrued between August 14, 2024 and entry of judgment.

A separate Order of Judgment will be issued pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

Dated: August 14, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　Loretta A. Preska
　　　　　　　　　　　　　　　　　　　　　United States District Judge