**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BYBROOK CAPITAL MASTER FUND LP, AND BYBROOK CAPITAL HAZELTON MASTER FUND LP,<br>　　　　　Plaintiffs,<br>　　v.<br>THE REPUBLIC OF ARGENTINA,<br>　　　　　Defendant. | No. 1:16-cv-01192-LAP<br><br>**JUDGMENT** |

Plaintiffs Bybrook Capital Master Fund LP ("**Bybrook Master**") and Bybrook Capital Hazelton Master Fund LP ("**Bybrook Hazelton**" and together with Bybrook Master, "**Plaintiffs**"), having moved this Court for an Order of Summary Judgment, and the Court having granted summary judgment on that motion.

NOW, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall recover from the Defendant the Republic of Argentina (the "**Republic**") as follows:[1]

1.　With respect to the claim of Bybrook Master to recover on its beneficial interest in the principal amounts of $4,041,000 of the 11.375% Bond due January 30, 2017, ISIN US040114AR16, Bybrook Master shall recover from the Republic a total of $14,950,544.01, *plus* any interest that has accrued since August 14, 2024 until the date of entry of this judgment, in the per diem amount of $2,863.63.

2.　With respect to the claim of Bybrook Hazelton to recover on its beneficial interest in the principal amounts of 1) $4,027,000 of the 11.375% Bond due January 30, 2017, ISIN US040114AR16, and 2) $30,000 of the 9.750% Bond due September 19, 2027, ISIN US040114AV28: Bybrook Hazelton shall recover from the Republic a total of $15,000,629.90, comprised as set forth below:

---

[1]　All amounts herein are calculated as of August 14, 2024.

      a.       With respect to ISIN US040114AR16, Bybrook Hazelton shall recover

$14,898,748.02, *plus* any interest that has accrued since August 14, 2024 until the

date of entry of this Judgment, in the per diem amount of $2,853.71.

      b.       With respect to ISIN US040114AV28, Bybrook Master shall recover

$101,881.88, *plus* any interest that has accrued since August 14, 2024 until the

date of entry of this Judgment, in the per diem amount of $18.58.

It is further **ORDERED** that, until further notice from the Court, Plaintiffs must refrain

from selling or otherwise transferring their beneficial interests in the bonds involved in this

action without advising the Court in advance and obtaining permission of the Court.


Dated:     August 14, 2024
         New York, New York

                                            Loretta A. Preska
                                            Senior United States District Judge