UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

BYBROOK CAPITAL MASTER FUND LP, and  :
BYBROOK CAPITAL HAZELTON MASTER  :
FUND LP,  :
                      Plaintiffs,  :

          v.  :    No.: 1:16-cv-01192 (LAP)
  :

THE REPUBLIC OF ARGENTINA,  :
  :
  :
           Defendant-Judgment  :
           Debtor.

-----------------------------------------------------------------X

## NOTICE OF PARTIAL ASSIGNMENT OF JUDGMENT

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 9, 2026, Plaintiff-Judgment Creditor, Bybrook Capital Hazelton Master Fund LP (the "Assignor") irrevocably assigned, conveyed, and transferred to Attestor Value Master Fund LP, P.O. Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands (the "Assignee"), part of Assignor's right, title and interest in that portion of the judgment entered in Assignor's favor on August 14, 2024, in the above-captioned action consisting of the following amounts:

1) A $2,025,828.48 portion of the $15,000,629.90 total amount of the judgment awarded in connection with Assignor's beneficial interest in the principal amounts of (i) $4,027,000 of the 11.375% Bond due January 30, 2017, ISIN US040114AR16 and (ii) $30,000 of the 9.750% Bond due September 19, 2027, ISIN US040114AV28; and

2) Any post-judgment interest that has accrued and continues to accrue on the amount listed in 1) above.

A copy of the Partial Assignment of Judgment, dated as of March 9, 2026, is attached hereto as Exhibit 1.

Dated: April 2, 2026                    Respectfully submitted,

Dennis H. Hranitzky
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 520
Salt Lake City, UT 84121
Tel. (801) 515-7333
dennishranitzky@quinnemanuel.com

*Counsel for the Plaintiff- Judgment Creditor*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2026, a true and correct copy of the foregoing Notice of Partial Assignment of Judgment was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Carmine D. Boccuzzi, Jr.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York NY 10006

*Counsel for Defendant-Judgment Debtor*

Dated: April 2, 2026

_____

Dennis Hranitzky
*Counsel for the Plaintiff- Judgment Creditor*

## EXHIBIT 1

PARTIAL ASSIGNMENT OF JUDGMENT

*(Please see attached.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

BYBROOK CAPITAL MASTER FUND LP,          :
and BYBROOK CAPITAL HAZELTON             :
MASTER FUND LP,                          :
    Plaintiffs,      :
  v.                           :  No.:  1:16-cv-01192 (LAP)
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
    Defendant-Judgment :
    Debtor.           :

-------------------------------------------------------------x

## PARTIAL ASSIGNMENT OF JUDGMENT

THIS ASSIGNMENT, made as of March 9, 2026, between Bybrook Capital Hazelton Master Fund LP, as assignor ("Assignor"), and Attestor Value Master Fund LP, P.O. Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands, as assignee ("Assignee"). (Assignor and Assignee are referred to collectively as the "Parties").

WHEREAS, on February 16, 2016, Assignor filed a Complaint in the above-captioned action (the "Action") to recover, among other things, principal and accrued interest due on the following bonds:

(a) 11.375% bonds due 2017 issued by Defendant-Judgment Debtor Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated October 19, 1994 (the "1994 FAA") between the Republic and Bankers Trust Company, as Fiscal Agent, ISIN US040114AR16 (the "US040114AR16 Bonds").

(b) 9.75% bonds due 2027 issued by the Republic pursuant to the 1994 FAA, ISIN US040114AV28 (the "US040114AV28 Bonds" and, together with US040114AR16 Bonds, the "Bonds")

WHEREAS, on August 14, 2024, Assignor was awarded judgment in the Action for outstanding principal, accrued interest and statutory interest due on the Bonds (the "Judgment") (a copy of the Judgment is attached as Exhibit A);

WHEREAS, the Judgment consists of the following amounts:

(a)  With respect to ISIN US040114AR16 Bonds, Plaintiff shall recover $14,898,748.02 plus any interest that has accrued since August 14, 2024 until the date of entry of the Judgment, in the per diem amount of $2,853.71.

(b)　　　With respect to ISIN US040114AV28 Bonds, Plaintiff shall recover $101,881.88 plus any interest that has accrued since August 14, 2024 until the date of entry of the Judgment, in the per diem amount of $18.58.

WHEREAS, the total amount of the Assignor's Judgment is $15,000,629.90, plus any post-judgment interest that has and continues to accrue thereon;

WHEREAS, no part of the Assignor's Judgment has been collected by Assignor or otherwise paid or satisfied, and the full amount of the Assignor's Judgment remains outstanding; and

WHEREAS, Assignor wishes to assign to Assignee and Assignee wishes to receive from Assignor a portion of the Judgment in the amount of $2,025,828.48, including Assignor's rights to receive any post-judgment interest that has and continues to accrue thereon (the "Assignee's Portion").

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1.　　　Assignment and Transfer of Assignee's Portion. Effective as of the date hereof, Assignor hereby transfers, conveys and assigns to Assignee free and clear of any claims, pledges, liens, adverse claims or other encumbrances, all right, title and interest of Assignor in the Assignee's Portion.

2.　　　No Action by Assignor. Assignor shall not take actions to collect or receive the Judgment in respect of Assignee's Portion, nor release or discharge the Judgment insofar as it relates to Assignee's Portion.

3.　　　Filing of Documents. The Parties agree to take, or cause to be taken, such further action as may be required to effect the valid assignment of Assignee's Portion from Assignor to Assignee, including but not limited to (i) filing this Assignment in the office of the clerk of the court in the Action pursuant to CPLR 5019(c) and (ii) providing notice of this Assignment to Defendants-Judgment Debtor.

4.　　　Further Assurances. The Parties agree to take, or cause to be taken, such further action as may be reasonably requested by another Party from time to time in order to fully effect and accomplish this Assignment and the intent of this Assignment.

5.　　　Governing Law Venue, Consent to Jurisdiction and Appointment of Service Agent. This Assignment is governed by and shall be construed in accordance with the substantive laws (and not the choice of law rules) of the State of New York. All disputes arising under this Assignment shall be resolved exclusively in the Supreme Court of the State of New York, New York County, or in the United States District Court for the Southern District of New York. The Parties knowingly and irrevocably waive any and all objections to venue and personal jurisdiction in these forums and agree that service of all process in connection with any action or proceeding brought pursuant to this paragraph may be made by First Class mail or courier.

6.     <u>Appointment of Attorney</u>. Assignor appoints Assignee as the true and lawful attorney of the Assignor with power to demand and receive satisfaction of Assignee's Portion, and in the name of Assignor, but at Assignee's expense, to sue for execution or any other legal process for the enforcement of Assignee's Portion by and through its counsel.

7.     <u>No Recourse</u>. This Assignment is without recourse, and Assignor does not guarantee payment of the Assignee's Portion.

IN WITNESS WHEREOF, the Parties have caused this Assignment to be duly executed and delivered by their respective officers thereunto duly authorized, as of the date first above written.

> BYBROOK CAPITAL HAZELTON MASTER FUND LP acting by its investment manager POLUS CAPITAL MANAGEMENT LIMITED



> _____
> Name: Melanie Davison
> Title: Director

### ACKNOWLEDGEMENT

COUNTRY OF ENGLAND AND WALES )

:SS:

CITY OF LONDON )

On the 17ʰ day of February, 2026, before me appeared Melanie Davison, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the Partial Assignment of Judgment and acknowledged to me that Melanie Davison executed the same in her capacity as director on behalf of Polus Capital Management Limited in its capacity as investment manager for and on behalf of Bybrook Capital Hazelton Master Fund LP, and that by a signature on the instrument, the individual, or the person or corporation upon on behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the city of London, England, United Kingdom.

_____
Notary Public

EMILY JADE BORG
Notary Public of London, England
My Commission expires with life





| **APOSTILLE** (Convention de La Haye du 5 octobre 1961) | | |
|---|---|---|
| **1.** **Country:** Pays / Pais: | United Kingdom of Great Britain and Northern Ireland | |
| **This public document** Le présent acte public / El presente documento público | | |
| **2.** **Has been signed by** a été signé par ha sido firmado por | Emily Jade Borg | |
| **3.** **Acting in the capacity of** agissant en qualité de quien actúa en calidad de | Notary Public | |
| **4.** **Bears the seal / stamp of** est revêtu du sceau / timbre de y está revestido del sello / timbre de | The Said Notary Public | |
| **Certified** Attesté / Certificado | | |
| **5.** **at** á / en | London | **6.** **the** le / el día    18 February 2026 |
| **7.** **by** par / por | His Majesty's Principal Secretary of State for Foreign, Commonwealth and Development Affairs | |
| **8.** **Number** sous no / bajo el numero | APO-KVU5-AJIP-6M0A-S95O | |
| **9.** **Seal / stamp** Sceau / timbre Sello / timbre | **10.** **Signature** Signature Firma    G. Sahdev | |

This Apostille is not to be used in the UK and only confirms the authenticity of the signature, seal or stamp on the attached UK public document. It does not confirm the authenticity of the underlying document. Apostilles attached to documents that have been photocopied and certified in the UK confirm the signature of the UK official who conducted the certification only. It does not authenticate either the signature on the original document or the contents of the original document in any way.

If this document is to be used in a country not party to the Hague Convention of the 5th of October 1961, it should be presented to the consular section of the mission representing that country.

To verify this apostille go to www.verifyapostille.service.gov.uk



## CERTIFICATE OF CONFORMITY

COUNTRY OF ENGLAND AND WALES )

CITY OF LONDON )

:SS:

    The undersigned, KATARZYNA LORENC, a solicitor admitted to practice in England and Wales with SRA number 604770, hereby certifies that the foregoing partial assignment of judgment has been duly executed by Polus Capital Management Limited on the 17 of February, 2026 in its capacity as investment manager for and on behalf of Bybrook Capital Hazelton Master Fund LP in the manner prescribed by and in conformity with the laws of the England and Wales, the laws applicable in the place of execution.

    In Witness Whereof, I've hereunto set my hand this 17 day of February 2026.

Name: Katarzyna Lorenc

ATTESTOR VALUE MASTER
FUND LP

acting through its general partner, Attestor
Value Fund GP Limited acting through its
investment manager Attestor Limited

Name: FRIEDRICH ANDREAE

Title: Authorized Attorney

## ACKNOWLEDGEMENT

COUNTRY OF ENGLAND AND WALES                    )
                                                                               :SS:
CITY OF LONDON                                                )


On the 25 day of February, 2026, before me appeared FRIEDRICH ANDREAE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the Partial Assignment of Judgment and acknowledged to me that he executed the same in his capacity as a duly authorised attorney-in-fact on behalf of Attestor Limited in its capacity as the investment manager of Attestor Value Master Fund LP, and that by a signature on the instrument, the individual, or the person or corporation upon on behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the city of London, England, United Kingdom.



Notary Public

Notary Public London, England (Andrew J. MacNab)
My Commission expires at Death

SAVILLE & C°
— SCRIVENER NOTARIES —
Saville Notaries LLP
11 Old Jewry, London EC2R 8DU
Tel: +44 (0)20 7776 9800

| APOSTILLE |||
| :---: | :---: | :---: |
| (Convention de La Haye du 5 octobre 1961) |||
| 1. | **Country:**<br>Pays / Pais: | United Kingdom of Great Britain and Northern Ireland |
|  | **This public document**<br>Le présent acte public / El presente documento público ||
| 2. | **Has been signed by**<br>a été signé par<br>ha sido firmado por | Andrew James MacNab |
| 3. | **Acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | Notary Public |
| 4. | **Bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | The Said Notary Public |
| **Certified** |||
| Attesté / Certificado |||
| 5. **at**<br>á / en    London | 6. **the**<br>le / el día    26 February 2026 ||
| 7. **by**<br>par / por | His Majesty's Principal Secretary of State for<br>Foreign, Commonwealth and Development Affairs ||
| 8. **Number**<br>sous no / bajo el numero | APO-FWP3-XUO2-5J76-MUGW ||
| 9. **Seal / stamp**<br>Sceau / timbre<br>Sello / timbre | 10. **Signature**<br>Signature<br>Firma | G. Sahdev |

This Apostille is not to be used in the UK and only confirms the authenticity of the signature, seal or stamp on the attached UK public document. It does not confirm the authenticity of the donderlying document. Apostilles attached to documents that have been photocopied and certified in the UK confirm the signature of the UK official who conducted the certification only. It does not authenticate either the signature on the original document or the contents of the original document in any way.

If this document is to be used in a country not party to the Hague Convention of the 5th of October 1961, it should be presented to the consular section of the mission representing that country.

To verify this apostille go to www.verifyapostille.service.gov.uk

## CERTIFICATE OF CONFORMITY

COUNTRY OF ENGLAND AND WALES       )
                                         :SS:

CITY OF LONDON                                  )

       The undersigned, ANDREW JAMES MACNAB, a notary public admitted to practise law in England and Wales with an office at 11 Old Jewry, London EC2R 8DU, hereby certifies that the foregoing partial assignment of judgment has been duly executed by Attestor Limited on the 25 of February 2026 in its capacity as the investment manager of Attestor Value Master Fund LP in the manner prescribed by and in conformity with the laws of England and Wales, the laws applicable in the place of execution.

       In Witness Whereof, I've hereunto set my hand this 25 day of February 2026.

Name: ANDREW JAMES MACNAB

**EXHIBIT A**

COPY OF JUDGMENT ATTACHED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BYBROOK CAPITAL MASTER FUND LP, AND BYBROOK CAPITAL HAZELTON MASTER FUND LP, <br>                     Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br>                     Defendant. | No. 1:16-cv-01192-LAP <br><br> **JUDGMENT** |

Plaintiffs Bybrook Capital Master Fund LP ("**Bybrook Master**") and Bybrook Capital

Hazelton Master Fund LP ("**Bybrook Hazelton**" and together with Bybrook Master,

"**Plaintiffs**"), having moved this Court for an Order of Summary Judgment, and the Court having

granted summary judgment on that motion.

NOW, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall

recover from the Defendant the Republic of Argentina (the "**Republic**") as follows:[1]

1.      With respect to the claim of Bybrook Master to recover on its beneficial interest

in the principal amounts of $4,041,000 of the 11.375% Bond due January 30, 2017, ISIN

US040114AR16, Bybrook Master shall recover from the Republic a total of $14,950,544.01,

*plus* any interest that has accrued since August 14, 2024 until the date of entry of this judgment,

in the per diem amount of $2,863.63.

2.      With respect to the claim of Bybrook Hazelton to recover on its beneficial interest

in the principal amounts of 1) $4,027,000 of the 11.375% Bond due January 30, 2017, ISIN

US040114AR16, and 2) $30,000 of the 9.750% Bond due September 19, 2027, ISIN

US040114AV28: Bybrook Hazelton shall recover from the Republic a total of $15,000,629.90,

comprised as set forth below:

---

[1]   All amounts herein are calculated as of August 14, 2024.

    a.      With respect to ISIN US040114AR16, Bybrook Hazelton shall recover $14,898,748.02, *plus* any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $2,853.71.

    b.      With respect to ISIN US040114AV28, Bybrook Master shall recover $101,881.88, *plus* any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $18.58.

It is further **ORDERED** that, until further notice from the Court, Plaintiffs must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

Dated:   August 14, 2024
       New York, New York

*Loretta A. Preska*

Loretta A. Preska
Senior United States District Judge