**quinn emanuel** trial lawyers | salt lake city

2755 E. Cottonwood Parkway, Suite 520, Salt Lake City, Utah 84121-6950 | TEL (801) 515-7300 FAX (801) 515-7400

WRITER'S DIRECT DIAL NO.
**(801) 515-7333**

WRITER'S EMAIL ADDRESS
**dennishranitzky@quinnemanuel.com**

June 5, 2026

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 12A
New York, New York 10007

Re:   *Attestor Master Value Fund LP v. Republic of Argentina*, 14-cv-05849;
*Trinity Investments Ltd. v. Republic of Argentina*, 14-cv-10016, 15-cv-1588, 15-cv-2611,
15-cv-5886, 15-cv-9982, 16-cv-1436; B*ybrook Capital Master Fund LP & Bybrook
Capital Hazelton Master Fund LP v. Republic of Argentina*, 15-cv-2369, 15-cv-7367, 16-
cv-1192, 21-cv-2060; *White Hawthorne, LLC v. Republic of Argentina*, 15-cv-4767, 15-
cv-9601; *White Hawthorne, LLC and White Hawthorne II, LLC v. The Republic of
Argentina*, 16-cv-1042 (LAP); *Bison Bee LLC v. Republic of Argentina*, 18-cv-3446
(LAP); and *Bainbridge Fund Ltd.  v. The Republic of Argentina*, 16 Civ. 8605 (LAP).

Dear Judge Preska:

Quinn Emanuel is counsel to Plaintiffs Attestor Master Value Fund LP, Trinity
Investments Ltd., Bybrook Capital Master Fund LP, Bybrook Capital Hazelton Master Fund LP,
White Hawthorne, LLC, White Hawthorne II, LLC and Bison Bee LLC *(*the "**Attestor
Plaintiffs**") in the above-referenced actions.  We write jointly with counsel to the Republic of
Argentina (the "**Republic**") and Bainbridge Fund Ltd. ("**Bainbridge**"), in accordance with Your
Honor's Order dated April 2nd, 2026 directing the parties to "give the Court a further status
report [regarding the tentative settlements] by June 5, 2026."  (15-cv-04767-LAP, DKT. 128).

The parties are pleased to report that the settlement process continues to progress.  On
April 1, 2026, the parties signed definitive settlement agreements.  The settlements between the
Republic and the Attestor Plaintiffs and the Republic and Bainbridge are subject to
Congressional approval.  The Argentine Senate approved the bill ratifying the settlements
yesterday, and the other legislative chamber—the Chamber of Deputies—is expected to vote on

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI |
SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

the bill in the coming weeks.  The parties remain hopeful that the settlements will close soon, at which time each of the above-referenced actions will be dismissed.

The parties propose to provide a further status update to the Court on or before July 15.

Respectfully submitted,

Dennis Hranitzky

cc:    All Counsel of Record

2