UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYBROOK CAPITAL MASTER FUND LP, and BYBROOK CAPITAL HAZELTON MASTER FUND LP, <br><br>              Plaintiffs, <br><br>     v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br>              Defendant. | 1:16-cv-01192 (LAP) <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

WHEREAS, on February 16, 2016, Plaintiffs Bybrook Capital Master Fund LP, and Bybrook Capital Hazelton Master Fund LP ("**Plaintiffs**") filed a Complaint against Defendant the Republic of Argentina (the "**Republic**"), ECF No. 1, based on Plaintiffs' ownership of beneficial interests in Republic-issued bonds (the "**Bonds**");

WHEREAS, on June 22, 2016, Plaintiffs filed an Amended Complaint against the Republic, ECF No. 28;

WHEREAS, on or about August 14, 2024, the Court entered a judgment, ECF No. 79, in favor of Plaintiffs and against the Republic with respect to the Bonds;

WHEREAS, the parties have reached a settlement agreement and Plaintiffs agreed, *inter alia*, to accept an amount agreed-upon by the parties in full discharge and satisfaction in respect of any claim or court judgment against the Republic in connection with the Bonds;

NOW, THEREFORE, Plaintiffs, by their attorneys Quinn Emanuel Urquhart & Sullivan, LLP, and the Republic, by its attorneys Cleary Gottlieb Steen & Hamilton LLP,

HEREBY STIPULATE AND AGREE THAT:

1.      Plaintiffs' claims against the Republic of Argentina are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs.

2.      This Stipulation and Order may be signed in counterparts which, when taken as a whole, shall constitute one and the same document; and a facsimile or copy signature shall have the same force and effect as an original signature.

DATED:  July 29, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Dennis H. Hranitzky*
Dennis H. Hranitzky
2755 East Cottonwood Parkway, Suite 520
Salt Lake City, UT 84121
Tel: 801-515-7300

Debra D. O'Gorman
295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7000

*Counsel for Plaintiffs Bybrook Capital Master Fund LP, and Bybrook Capital Hazelton Master Fund LP*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr.
cboccuzzi@cgsh.com
One Liberty Plaza
New York, New York 10006

Tel: (212) 225-2000

*Counsel for Defendant the Republic of Argentina*

IT IS SO ORDERED.

Dated: _____

      New York, New York

                                _____

                                Loretta A. Preska
                                United States District Judge